■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HIRAM ORTEGA, Appellant. [47 NYS3d 908]—Judgment, Supreme Court, Bronx County (Ethan Greenberg, J. at plea; Raymond L. Bruce, J. at sentencing), rendered December 10, 2015, convicting defendant of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony drug offender, to a term of three years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed.

The court should have granted defense counsel's request for a 24-hour adjournment to review the presentence report, which had not been provided in advance of the sentencing date (*see* CPL 390.50 [2] [a]). Concur—Sweeny, J.P., Mazzarelli, Moskowitz and Kahn, JJ.